# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, ET AL., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL PAPER, | : | |
| SUN CAPITAL PARTNERS, INC. | : | **NOTICE OF SUBSTITUTION** |
| SMART PAPERS | : | **OF CO-COUNSEL** |
| | : | |
| Defendants. | : | |

Comes now counsel for Plaintiff, Freking & Betz, pursuant to United States District Court for the Southern District of Ohio, Western Division, Local Rule 4.3(e) and hereby substitutes Attorney Ann K. Wittenauer for Attorney Rebecca N. Algenio. Randolph H. Freking, Mark W. Napier and George M. Reul, Jr. will continue as co-counsel in this matter.

Respectfully submitted,

/s/ Randolph H. Freking
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
Ann K. Wittenauer (0074561)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975
*randy@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

                                          /s/ Randolph H. Freking