UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____
                                        )
**ELMER CAMPBELL, et al.,**             )
        **Plaintiffs,**      )
                                        )   **Case No. C-1-01-527**
v.                                      )   **(Beckwith, J.)**
                                        )   **(Hogan, M.J.)**
**INTERNATIONAL PAPER CO., et al.,**    )
        **Defendants.**      )
_____)


**SUPPLEMENT IN SUPPORT OF DEFENDANT SMART PAPERS' ANSWER TO FIFTH AMENDED COMPLAINT**

     Smart Papers, through counsel, hereby states that counsel's electronic signature and the certificate of service were inadvertently omitted from the copy of its Answer to Fifth Amended Complaint, which was filed electronically with this Court on September 15, 2003. However, a certificate of service and "wet" signature of counsel accompanied the hard copy mailed to all counsel who are non-CM/ECF participants (a copy of which is attached hereto as Exhibit A).

                          Respectfully submitted,

                          s/ Robert J. Hollingsworth_____
                          Robert J. Hollingsworth (0024559)
                          Cors & Bassett, LLC
                          537 East Pete Rose Way
                          Suite 400
                          Cincinnati, OH  45202
                          Tel:  (513) 852-8229
                          Fax:  (513) 852-8222
                          E-mail: rjh@corsbassett.com

        Stanley F. Lechner
        Laine S. Posel
        Of Counsel
        Morgan, Lewis & Bockius LLP
        1111 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        (202) 739-3000

        Counsel for Defendant Smart Papers

Date:   September 16, 2003

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Supplement in Support of Defendant Smart Papers' Answer to Fifth Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Randolph H. Freking, Esq.
        George M. Reul, Jr., Esq.
        Mark W. Napier, Esq.
        Ann K. Wittenauer, Esq.
        Freking & Betz
        215 East 9th Street, 5th Floor
        Cincinnati, OH  45202

        Michael A. Roberts, Esq.
        Graydon Head & Ritchey LLP
        1900 53rd Center
        511 Walnut Street
        Cincinnati, OH  45202

3

and I hereby certify that I have sent this document by First Class Mail, postage prepaid, on this 16th day of September, 2003, to the following non CM/ECF participants:

>W. Carter Younger, Esq.
>Vincent Miraglia, Esq.
>Amy Miller, Esq.
>Tara N. Mora, Esq.
>Jessica E. Morrison, Esq
>McGuire Woods LLP
>1050 Connecticut Avenue, N.W.
>Suite 1200
>Washington, DC 20036

>s/ Robert J. Hollingsworth
>Robert J. Hollingsworth (0024559)
>Attorney for Defendant Smart Papers
>Cors & Bassett, LLC
>537 East Pete Rose Way, Suite 400
>Tel:    (513) 852-8229
>Fax:    (513) 852-8222
>E-mail:rjh@corsbassett.com

228162.1