Civil Action No. C-1-01-527

costs and attorney fees expended in defense of this action and such other relief as the Court may deem appropriate.

Dated: September 15, 2003

          RESPECTFULLY SUBMITTED,

          */s/ Robert J. Hollingsworth*
          Robert J. Hollingsworth
          CORS & BASSETT, LLC
          537 East Pete Rose Way
          Suite 400
          Cincinnati, Ohio 45202
          Telephone: 513.852.8200
          Facsimile: 513.852.8222

          and

          Stanley F. Lechner
          Margery Sinder Friedman
          Laine S. Posel
          Of Counsel
          MORGAN, LEWIS & BOCKIUS, LLP
          1111 Pennsylvania Avenue
          Washington, DC 20004
          Telephone: 202.739.3000
          Facsimile: 202.739.3001

          Counsel for Defendant Smart Papers, LLC

EXHIBIT "A"

Civil Action No. C-1-01-527

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant Smart Papers' Answer to Plaintiffs' Fifth Amended Complaint was sent to the following:

>Counsel for Defendant International Paper Company:
>
>W. Carter Younger, Esq.
>Vincent Miraglia, Esq.
>McGuireWoods LLP
>1050 Connecticut Avenue, NW
>Suite 1200
>Washington, DC 20036-5317

by U.S. mail, postage pre-paid, this 15th day of September, 2003.

Laine S. Posel