UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ELMER CAMPBELL, et al., ) | |
|       Plaintiffs, ) | |
| ) | Case No. C-1-01-527 |
| v. ) | (Beckwith, J.) |
| ) | (Hogan, M.J.) |
| INTERNATIONAL PAPER CO., et al., ) | |
|       Defendants. ) | |

**SUPPLEMENT IN SUPPORT OF DEFENDANT SUN CAPITAL PARTNERS, INC.'S ANSWER TO FIFTH AMENDED COMPLAINT**

Sun Capital Partners, Inc., through counsel, hereby states that counsel's electronic signature and the certificate of service were inadvertently omitted from the copy of its Answer to Fifth Amended Complaint, which was filed electronically with this Court on September 15, 2003. However, a certificate of service and "wet" signature of counsel accompanied the hard copy mailed to all counsel who are non-CM/ECF participants (a copy of which is attached hereto as Exhibit A).

                                                Respectfully submitted,

                                                s/ Robert J. Hollingsworth
                                                Robert J. Hollingsworth (0024559)
                                                Cors & Bassett, LLC
                                                537 East Pete Rose Way
                                                Suite 400
                                                Cincinnati, OH  45202
                                                Tel:  (513) 852-8229
                                                Fax:  (513) 852-8222
                                                E-mail: rjh@corsbassett.com

        Stanley F. Lechner
        Laine S. Posel
        Of Counsel
        Morgan, Lewis & Bockius LLP
        1111 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        (202) 739-3000

        Counsel for Defendant Sun Capital
        Partners, Inc.

Date:   September 16, 2003

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Supplement in Support of Defendant Sun Capital Partners Inc.'s Answer to Fifth Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Randolph H. Freking, Esq.
    George M. Reul, Jr., Esq.
    Mark W. Napier, Esq.
    Ann K. Wittenauer, Esq.
    Freking & Betz
    215 East 9th Street, 5th Floor
    Cincinnati, OH  45202

    Michael A. Roberts, Esq.
    Graydon Head & Ritchey LLP
    1900 53rd Center
    511 Walnut Street
    Cincinnati, OH  45202

3

and I hereby certify that I have sent this document by First Class Mail, postage prepaid, on this 16th day of September, 2003, to the following non CM/ECF participants:

> W. Carter Younger, Esq.
> Vincent Miraglia, Esq.
> Amy Miller, Esq.
> Tara N. Mora, Esq.
> Jessica E. Morrison, Esq
> McGuire Woods LLP
> 1050 Connecticut Avenue, N.W.
> Suite 1200
> Washington, DC  20036

>> s/ Robert J. Hollingsworth
>> Robert J. Hollingsworth (0024559)
>> Attorney for Defendant Sun Capital Partners, Inc.
>> Cors & Bassett, LLC
>> 537 East Pete Rose Way, Suite 400
>> Tel:    (513) 852-8229
>> Fax:   (513) 852-8222
>> E-mail:rjh@corsbassett.com

228176.1