Civil Action No. C-1-01-527

RESPECTFULLY SUBMITTED,

*[signature]*

Robert J. Hollingsworth
CORS & BASSETT, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202
Telephone: 513.852.8200
Facsimile: 513.852.8222

and

Stanley F. Lechner
Margery Sinder Friedman
Laine S. Posel
Of Counsel
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

Counsel for Defendant Sun Capital Partners, Inc

Dated: September 15, 2003

I-WA/2049018.1

38

EXHIBIT "A"

Civil Action No. C-1-01-527

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant Sun Capital Partners' Answer to Plaintiffs' Fifth Amended Complaint was sent to the following:

    Counsel for Defendant International Paper Company:

    W. Carter Younger, Esq.
    Vincent Miraglia, Esq.
    McGuireWoods LLP
    1050 Connecticut Avenue, NW
    Suite 1200
    Washington, DC 20036-5317

by U.S. mail, postage pre-paid, this 15th day of September, 2003.

                                                      _____
                                                      Laine S. Posel