# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ELMER CAMPBELL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. C-1-01-527 |
| ) | |
| v. ) | JUDGE: BECKWITH |
| ) | MAGISTRATE JUDGE: HOGAN |
| INTERNATIONAL PAPER, ) | |
| SUN CAPITAL PARTNERS, INC., ) | |
| SMART PAPERS, LLC ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

Upon consideration of the Motion for Summary Judgment and Memorandum of Law in Support thereof filed by Defendant Sun Capital Partners, Inc., the Plaintiffs' Opposition thereto, and all supporting materials, it is this ____ day of _____, 2003 hereby

ORDERED that the Motion for Summary Judgment of Defendant Sun Capital Partners, Inc. is GRANTED in its entirety.

IT IS SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

DATE: _____          _____
                                  Sandra S. Beckwith
                                  United States District Judge