### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| ELMER CAMPBELL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. C-1-01-527 |
| ) | |
| v. ) | JUDGE: BECKWITH |
| ) | MAGISTRATE JUDGE: HOGAN |
| INTERNATIONAL PAPER, ) | |
| SUN CAPITAL PARTNERS, INC., ) | |
| SMART PAPERS, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### DEFENDANT SMART PAPERS'
### NOTICE OF MANUAL FILING OF APPENDIX AND EXHIBITS

Defendant Smart Papers, LLC ("Smart Papers"), by and through its undersigned counsel, hereby notifies the Court that its exhibits and other material cited in support of Smart Papers' Motion for Summary Judgment will be filed manually with the Clerk's office of the United States District Court for the Southern District of Ohio on Wednesday, October 1, 2003.

Pursuant to Judge Beckwith's Scheduling Order in this case, Smarts Papers will file on September 30, 2003, simultaneously with this Notice, its Motion for Summary Judgment, Memorandum of Law in Support Thereof, and the narrative portion of its Individual Plaintiffs' Appendix (collectively, "Motion.").

Given the voluminous amount of material cited in support of Smart Papers' Motion, Smart Papers on Monday, September 28, 2003 discussed with Temp-Ann Thomas, the Electronic Case Filing Clerk for the Court, the feasibility of filing this voluminous amount of material through the ECF system. After that discussion, Ms. Thomas authorized Smart Papers to transmit its exhibits and other supporting material manually via Federal Express on Tuesday, September

Civil Action No. C-1-01-527

30, 2003, for filing with the Clerk's office and service on the other parties by Wednesday, October 1, 2003.

RESPECTFULLY SUBMITTED,

s/ _Robert J. Holligsworth by Stanley F. Lechner per telephone authorization_____

Robert J. Hollingsworth
Trial Attorney
CORS & BASSETT, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202
Telephone: 513.852.8200
Facsimile:  513.852.8222

Stanley F. Lechner
Margery Sinder Friedman
Laine S. Posel
Of Counsel
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue
Washington, DC  20004
Telephone:  202.739.3000
Facsimile:   202.739.3001

Counsel for Defendant Smart Papers, LLC

Dated: September 30, 2003

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Manual Filing of Exhibits and Appendix with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randolph H. Freking, Esq.
George M. Reul, Jr., Esq.
Freking & Betz
215 East 9th Street, 5th Floor
Cincinnati, OH  45202

and I hereby certify that I have sent this document by First Class Mail, postage prepaid, on this 30th day of September, 2003, to the following non CM/ECF participants:

Counsel for Defendant International Paper Company:

W. Carter Younger, Esq.
Vincent Miraglia, Esq.
McGuire Woods LLP
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC  20036

Michael A. Roberts, Esq.
Graydon Head & Ritchey LLP
1900 53rd Center
511 Walnut Street
Cincinnati, OH  45202

                s/_____Laine S. Posel_____
                  Laine S. Posel