## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. C-1-01-527 |
| | ) | |
| v. | ) | JUDGE: BECKWITH |
| | ) | MAGISTRATE JUDGE: HOGAN |
| INTERNATIONAL PAPER, | ) | |
| SUN CAPITAL PARTNERS, INC., | ) | |
| SMART PAPERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT SMART PAPERS' MOTION FOR SUMMARY JUDGMENT**

Defendant, Smart Papers, LLC ("Smart Papers"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.2, hereby moves this Court for summary judgment in its favor on Plaintiffs' Fifth Amended Complaint in its entirety. As shown in greater detail in Smart Papers' accompanying Memorandum of Law, there are no genuine issues of material fact in dispute to warrant a trial by jury and summary judgment should be granted to Smart Papers as a matter of law.

Respectfully Submitted,

/s Robert J. Hollingsworth / by Stanley F. Lechner
      per telephone permission
Robert J. Hollingsworth (0024559)
CORS & BASSETT, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202
Telephone: 513.852.8200
Facsimile:  513.852.8222

        Stanley F. Lechner
        Margery Sinder Friedman
        Laine S. Posel
        Of Counsel
        MORGAN, LEWIS & BOCKIUS, LLP
        1111 Pennsylvania Avenue, N.W.
        Washington, DC  20004
        Telephone:  202.739.3000
        Facsimile:   202.739.3001

        Counsel for Defendant Smart Papers, LLC

Dated: September 30, 2003