# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. C-1-01-527 |
| | ) | |
| v. | ) | JUDGE: BECKWITH |
| | ) | MAGISTRATE JUDGE: HOGAN |
| INTERNATIONAL PAPER, | ) | |
| SUN CAPITAL PARTNERS, INC., | ) | |
| SMART PAPERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Defendant Smart Papers' Motion for Summary Judgment, Memorandum of Law in Support Thereof, Plaintiffs' Opposition thereto, and the relevant exhibits submitted by each party, it is this _____ day of _____, 2003 hereby

ORDERED that Smart Papers' Motion for Summary Judgment is GRANTED in its entirety.

IT IS SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

_____
Sandra S. Beckwith
United States District Judge

DATE _____