IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. C-1-01-527 |
| | ) | |
| v. | ) | JUDGE: BECKWITH |
| | ) | MAGISTRATE JUDGE: HOGAN |
| INTERNATIONAL PAPER, | ) | |
| SUN CAPITAL PARTNERS, INC., | ) | |
| SMART PAPERS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT SUN CAPITAL PARTNERS, INC.'S NOTICE
OF FILING CORRECTED COPY OF MOTION FOR SUMMARY JUDGMENT**

Defendant Sun Capital Partners, Inc. ("Sun Capital Partners"), by and through its undersigned counsel, hereby notifies the Court that it is filing a corrected copy of its two-page Motion for Summary Judgment ("Motion"), which was originally filed electronically on September 30, 2003 and contained typographical errors. The corrected copy attached hereto is a copy of the actual Motion that was served by overnight delivery September 30, 2003 on the Court and Plaintiffs' counsel, and which does not contain these errors.

RESPECTFULLY SUBMITTED,

s/ Robert J. Hollingsworth by Stanley F.
<u>Lechner per telephone authorization</u>

Robert J. Hollingsworth
Trial Attorney
CORS & BASSETT, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202
Telephone: 513.852.8200
Facsimile:  513.852.8222

1-WA/2060110. 1

Civil Action No. C-1-01-527

                    Stanley F. Lechner  
                    Margery Sinder Friedman  
                    Laine S. Posel  
                    Of Counsel  
                    MORGAN, LEWIS & BOCKIUS, LLP  
                    1111 Pennsylvania Avenue  
                    Washington, DC  20004  
                    Telephone:  202.739.3000  
                    Facsimile:   202.739.3001  

                    Counsel for Defendant Sun Capital Partners, Inc.

Dated: October 1, 2003

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Defendant Sun Capital Partners, Inc.'s Notice of Filing Corrected Copy of Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randolph H. Freking, Esq.
George M. Reul, Jr., Esq.
Freking & Betz
215 East 9th Street, 5th Floor
Cincinnati, OH 45202

and I hereby certify that I have sent this document by First Class Mail, postage prepaid, on this 1st day of October, 2003, to the following non CM/ECF participants:

Counsel for Defendant International Paper Company:

W. Carter Younger, Esq.
Vincent Miraglia, Esq.
McGuire Woods LLP
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC 20036

Michael A. Roberts, Esq.
Graydon Head & Ritchey LLP
1900 53rd Center
511 Walnut Street
Cincinnati, OH 45202

                                                    s/_____Laine S. Posel_____
                                                        Laine S. Posel