IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ELMER CAMPBELL, et al., | ) |
| | ) |
| Plaintiffs, | )  CIVIL ACTION NO. C-1-01-527 |
| | ) |
| v. | )  JUDGE: BECKWITH |
| | )  MAGISTRATE JUDGE: HOGAN |
| INTERNATIONAL PAPER, | ) |
| SUN CAPITAL PARTNERS, INC., | ) |
| SMART PAPERS, LLC | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANT SUN CAPITAL PARTNERS, INC.

Defendant, Sun Capital Partners, Inc. ("Sun Capital Partners"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.2, hereby moves this Court for summary judgment in its favor on Plaintiffs' Fifth Amended Complaint in its entirety. As shown in greater detail in Sun Capital Partners' accompanying Memorandum of Law, there are no genuine issues of material fact to warrant a trial by jury and judgment therefore should be granted to Sun Capital Partners as a matter of law.

Respectfully Submitted,

_____
Robert J. Hollingsworth (0024559)
Trial Attorney
CORS & BASSETT, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, Ohio 45202
Telephone: 513.852.8200
Facsimile: 513.852.8222

By Judy F. Lehman
Per Telephone
Authorization

                                        Stanley F. Lechner
                                        Margery Sinder Friedman
                                        Laine S. Posel
                                        Of Counsel
                                        MORGAN, LEWIS & BOCKIUS, LLP
                                        1111 Pennsylvania Avenue, N.W.
                                        Washington, DC 20004
                                        Telephone: 202.739.3000
                                        Facsimile: 202.739.3001

                                        Counsel for Defendant
                                        Sun Capital Partners, Inc.

Dated: September 30, 2003