UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, et al., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL PAPER, | : | **CONSENT MOTION FOR AN** |
| SUN CAPITAL PARTNERS, INC. | : | **EXTENSION OF TIME FOR** |
| SMART PAPERS | : | **FILING OF OPPOSITION** |
| | : | **AND REPLY BRIEFS** |
| Defendants. | : | **REGARDING SUMMARY JUDGMENT** |
| | : | |

Pursuant to Local Rule 7.3, the parties have conferred and agreed upon the following motion regarding an extension of the briefing schedule. The parties request a one week extension for Plaintiffs to file their Memoranda in Opposition to Defendants International Paper, Smart Papers and Sun Capital's Motions for Summary Judgment. This extension would make Plaintiffs' Memoranda in Opposition due October 31, 2003. If this extension is granted, Defendants hereby move the Court for a one week extension for Defendants to file their Reply Briefs. This request for an extension would make Defendants' Reply Briefs due November 21, 2003. No previous extensions have been requested. The parties do not anticipate that this request for an extension will affect the trial date. A proposed agreed form of Order to the Court will be sent via e-mail to Chambers.

Respectfully submitted,

/s/ George M. Reul
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

    /s/ Robert J. Hollingsworth by Stanley F. Lechner  
Robert J. Hollingsworth    per telephone authorization  
CORS & BASSETT, LLC  
Counsel for Defendants Smart Papers & Sun Capital  
537 East Pete Rose Way, Suite 400  
Cincinnati, OH 45202  
Phone: (513) 852-8229  

    /s/ Stanley F. Lechner by George M. Reul  
Stanley F. Lechner    per telephone authorization  
Margery Sinder Friedman  
Laine M. Posel  
MORGAN, LEWIS & BOCKIUS, LLP  
Counsel for Defendants Smart Papers & Sun Capital  
1111 Pennsylvania Avenue, NW  
Washington, DC 20004  
Phone: (202) 739-5079  

    /s/ Vincent Miraglia by George M. Reul  
W. Carter Younger    per telephone authorization  
Vincent Miraglia  
McGUIRE WOODS LLP  
Counsel for Defendant International Paper  
1050 Connecticut Avenue, NW, Suite 1200  
Washington, DC 20036-5317  
Phone: (202) 857-1704  

    /s/ Michael A. Roberts by Vincent Miraglia  
Michael A. Roberts    per telephone authorization  
GRAYDON HEAD & RITCHEY LLP  
Counsel for Defendant International Paper  
1900 Fifth Third Center  
511 Walnut Street  
Cincinnati, OH 45202  
Phone: (513) 629-2799