# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| ELMER CAMPBELL, et al., | Case No. C-1-01-527 |
| | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | |
| v. | |
| INTERNATIONAL PAPER, SUN CAPITAL PARTNERS, INC. SMART PAPERS | **NOTICE OF MANUAL FILING OF ORIGINAL SIGNATURE PAGES AND CORRECTION SHEETS** |
| Defendants. | |

Plaintiffs hereby provide notice of manual filing of the original signatures pages and correction sheets for the following deposition transcripts in this matter:

| | |
|---|---|
| Daniel Maheu | Filed 5/20/03 |
| Mary Rita Weissman | Filed 5/20/03 |

Respectfully submitted,

_____
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ordinary U.S. mail service to the following on this 31st day of October, 2003:

**Counsel for Defendants Sun Capital Partners, Inc. and Smart Papers, LLC:**
Robert J. Hollingsworth, Esq.
CORS & BASSETT, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
Phone: (513) 852-8229

and

Stanley F. Lechner, Esq.
Margery Sinder Friedman, Esq.
Laine M. Schwartz
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-5079

**Counsel for Defendant International Paper Company:**
W. Carter Younger, Esq.
Vincent Miraglia, Esq.
Tara N. Mora, Esq. (*pro hac vice*)
Jessica E. Morrison, Esq. (*pro hac vice*)
McGUIRE WOODS LLP
1050 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036-5317
Phone: (202) 857-1704

and

Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Phone: (513) 629-2799

_____