1   copy of this letter.

2       MS. POSEL:  Sure.

3       (Off-the-record discussion.)

4               - - -

5
6   _____
              DANIEL MAHEU
7

8               - - -

    DEPOSITION CONCLUDED AT 3:30 P.M.

9               - - -

**Annette McKeehan Schoch, RMR**
P.O. Box 58641 • Cincinnati, Ohio 45258-8641
(513) 941-9464



C E R T I F I C A T E

STATE OF OHIO        :
                     : SS
COUNTY OF HAMILTON   :

I, Annetta McKeehan Schoch, RMR, the undersigned, a duly qualified and commissioned notary public within and for the State of Ohio, do hereby certify that before the giving of his aforesaid deposition, DANIEL MAHEU was by me first duly sworn to depose the truth, the whole truth and nothing but the truth; that the foregoing is the deposition given at said time and place by DANIEL MAHEU; that said deposition was taken in all respects pursuant to stipulations of counsel hereinbefore set forth; that I am neither a relative of nor employee of any of their counsel, and have no interest whatever in the result of the action.

IN WITNESS WHEREOF, I hereunto set my hand and official seal of office at Cincinnati, Ohio, this _16th_ day of _October_, 2003.

My commission expires:     ANNETTA McKEEHAN SCHOCH, RMR
February 1, 2006.          Notary Public - State of Ohio

Annette McKeehan Schoch, RMR
P.O. Box 58641 • Cincinnati, Ohio 45258-8641
(513) 941-9464

ORIGINAL

# ADDENDUM

*TO THE REPORTER: I have read the entire transcript of my deposition taken on the _____ day of _____, 2____, or the same has been read to me. I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the signature page and authorize you to attach the following changes to the original transcript:*

| PAGE | LINE | CORRECTION |
|---|---|---|
| 5 | 13 | "DARBEY" NOT "DARBY" |
| 6 | 14 | "SALES" REPLACES "SCIENCE" |
| 19 | 7 | "AMPAD" REPLACES "AMPAT" |
| 47 | 12 | SHOULD READ "NO THERE'S A LABOR AGREEMENT" |
| 54 | 9 | SHOULD READ "AND THEY LAID IT OUT,...." |
| 55 | 7 | SHOULD READ "MAYBE THEY WERE DOING POORLY AT A PARTICULAR JOB. ...." |
| 55 | 8 | SHOULD READ "MAYBE THEY HAD AN ISSUE IN THE POSITION WHERE THEY...." |
| 58 | 1 | SHOULD READ "BECAUSE THEY MIGHT NOT YET HAVE A RATING, ~~we~~ THEY NEEDED A" |
|  | 2 | RATING" |
|  | 10 | CHANGE "WOULD" TO "WAS" |
|  | 11 | ADD " IN THEIR JOB" |
| 69 | 7 | CHANGE "BE THE SUPERVISOR --" |
| 76 | 6 | CHANGE "MACHINE WALLS" TO "MANUALS" |
| 90 | 22 | CHANGE "MANOGE" TO "MANOJ" |
| 128 | 21 | DELETE "AND I JUST SMILED AT IT" I NEVER SAID THAT! |
| 136 | 9 | CHANGE TO "AUDIT, THERE WERE DEFFICIENCIES" |

5/14/03
Date

(Signature of Deponent)
DANIEL MAHEU   4-10-03   AS

Campbell v. International Paper

ORIGINAL

Annette McKeehan Schoch, RMR
P.O. Box 58641 • Cincinnati, Ohio 45258-8641
(513) 941-9464

# ADDENDUM

**TO THE REPORTER:** *I have read the entire transcript of my deposition taken on the ____ day of _____, 2____, or the same has been read to me. I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the signature page and authorize you to attach the following changes to the original transcript:*

| PAGE | LINE | CORRECTION |
|---|---|---|
| 151 | 12 | CHANGE JOE SCHINDLER TO LARRY SCHINDLER |
|  | 13 | CHANGE MARTY SIMPSON TO PAUL SIMPSON |
| 153 | 12 | CHANGE THESE FOLKS "CAME" ONBOARD |
| 160 | 10 | GREENVILLE NOT RAINVILLE |
|  | 12 | "        "        " |
| 161 | 14 | NOT "YEAH" BUT "CANTON, NC" |
| 162 | 2 | CHANGE FIGURE OUT "HOW" TO TURN |
| 165 | 23 | EPPERSON NOT APPERSON |
|  | 24 | "        "        " |
| 166 | 1 | "        "        " |
| 168 | 21 | "        "        " |
|  | 22 | "        "        " |
| 173 | 7 | CHANGE "TEE WINDER" TO "RE REELER" |
| 173 | 24 | "THE NOT HIRING" LIST CAME IN THE LAST THING |
| 174 | 1 | " TO GET THE LETTERS PUT TOGETHER FOR THE " |
| 197 | 2 | ADMIN NOT ADMAN |

5/14/03
Date

(Signature of Deponent)
DANIEL MAHEU  4-10-03   AS

Campbell v. International Paper

ORIGINAL

Annette McKeehan Schoch, RMR
P.O. Box 58641 • Cincinnati, Ohio 45258-8641
(513) 941-9464

1   A.   (Continued) Unless it's in quotes.  Sometimes
2   you'll find something on a reference sheet that is
3   actually in quotes.
4           MR. MIRAGLIA:  Okay.  Nothing further.
5           MS. POSEL:  Nothing further.  We will read
6   and sign.

                          - - -


                    *[signature]*
                    MARY RITA WEISSMAN

                          - - -

            DEPOSITION CONCLUDED AT 7:07 P.M.

                          - - -

1              <u>C E R T I F I C A T E</u>

2   STATE OF OHIO          :
                           : SS
3   COUNTY OF HAMILTON     :

4

5        I, Annetta McKeehan Schoch, RMR, the
6   undersigned, a duly qualified and commissioned notary
7   public within and for the State of Ohio, do hereby certify
8   that before the giving of her aforesaid deposition, MARY
9   RITA WEISSMAN was by me first duly sworn to depose the
10  truth, the whole truth and nothing but the truth; that the
11  foregoing is the deposition given at said time and place
12  by MARY RITA WEISSMAN; that said deposition was taken in
13  all respects pursuant to stipulations of counsel
14  hereinbefore set forth; that I am neither a relative of
15  nor employee of any of their counsel, and have no interest
16  whatever in the result of the action.
17       IN WITNESS WHEREOF, I hereunto set my hand and
18  official seal of office at Cincinnati, Ohio, this _18th_
19  day of _October_, 2003.

20

21                                    _[signature]_
    My commission expires:            ANNETTA McKEEHAN SCHOCH, RMR
22  February 1, 2006.                 Notary Public - State of Ohio

23

24

Annette McKeehan Schoch, RMR
P.O. Box 58641 • Cincinnati, Ohio 45258-8641
(513) 941-9464

ORIGINAL

# ADDENDUM

**TO THE REPORTER:** *I have read the entire transcript of my deposition taken on the* __Ninth__ *day of* __April__, __2003__, *or the same has been read to me. I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the signature page and authorize you to attach the following changes to the original transcript:*

| PAGE | LINE | CORRECTION | | |
|------|------|------------|---|---|
| 22 | 22 | he mailed | should be | e-mailed |
| 28 | 6 & 9 | Sampson | " " | Samson |
| 73 | 22 | year | " " | here |
| 77 | 8 | select | " " | Collect |
| 80 | 14 | about | " " | above |
| 90 | 3 | Toko | " " | Tolko |
| 91 | 10 | Naarbord | " " | Norbord |
| 92 | 13 | Labor Relations Practice | " " | Unfair Labor Practice |
| 92 | 24 | Naarbord | " " | Norbord |
| 101 | 15 | Attendance | " " | absence |
| 109 | 16 | SMART | " " | IP |
| 112 | 10 | salary | " " | salaried |
| 147 | 20-2 | stated / state | " " | stayed / stay |
| 152 | 3 | information | " " | education |

5/8/03
Date

*Mary Rita Weissman*
(Signature of Deponent)

Campbell v. International Paper          MARY RITA WEISSMAN 4-9-03 AS

**ORIGINAL**

Annette McKeehan Schoch, RMR
P.O. Box 58641 • Cincinnati, Ohio 45258-8641
(513) 941-9464