FILED
KENNETH J. MURPHY
CLERK
03 OCT 30 PM 4:38
US DIST COURT
SOUTH DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, et al., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL PAPER, | : | |
| SUN CAPITAL PARTNERS, INC. | : | PLAINTIFFS' NOTICE OF |
| SMART PAPERS | : | MANUAL FILING OF |
| | : | **DEPOSITIONS AND EXHIBITS** |
| Defendants. | : | |

Please take notice that because of the voluminous number of depositions in support of their Memorandum in Opposition, Plaintiffs' Elmer Campbell, et al. are filing the depositions and exhibits manually pursuant to Section III and IV A & B of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio.

| DEPONENT | DATE TAKEN | DEPONENT | DATE TAKEN |
|---|---|---|---|
| Michael Allen | 6/4/03 | Doris Hampton | 8/28/03 |
| Joseph Bergeron | 8/26/03 | Leroy Havens | 6/5/03 |
| Rick Bernard | 5/20/03 | Michael Hoff | 6/4/03 |
| Tom Bokeno | 5/20/03 | Gregory E. Holland | 6/12/03 |
| James Bowling | 6/10/03 | Annetta KayeJohnson | 8/20/03 |
| Joel Bryant | 6/4/03 | Thomas Russel Jones | 5/8/03 |
| Randy Butz | 6/11/03 | Paul Joseph | 6/10/03 |
| Robert E. Caldwell | 8/25/03 | Kenneth Kaup | 6/3/03 |
| Bob Carmean | 5/9/03 | Matthew Lewis | 6/3/03 |
| Susan Carpenter | 8/28/03 | Milton Lewis | 8/22/03 |
| Kenneth Cecil | 6/5/03 | Mike Lopane | 7/9/03 |
| Deryl Couch | 8/28/03 | Edward McCoy | 6/18/03 |
| Clarence William Croucher, Jr. | 5/8/03 | Michael J. McQueen | 7/1/03 |
| Scott Dalesandro | 5/8/03 | Gordon Merrill | 6/17/03 |
| Erma Donaldson | 6/3/03 | Joseph Moore, Jr. | 5/22/03 |
| Richard Dunn | 7/9/03 | John R. Rice | 5/20/03 |
| Martin Forsythe | 8/26/03 | Jessica Sampson | 5/22/03 |
| James Hamblin | 6/9/03 | Lawrence Schindler | 8/29/03 |

| DEPONENT | DATE TAKEN | DEPONENT | DATE TAKEN |
|---|---|---|---|
| Art Schutte | 6/18/03 | Matthew Stevens | 6/4/03 |
| David J. Shepard | 6/11/03 | Manoj K. Thomas | 5/20/03 |
| Paul Simpson | 8/29/03 | John Truster | 5/22/03 |
| Judith Stauble | 6/3/03 | Charles Edward Von Bargen | 6/17/03 |
| | | Tom Weiser | 5/9/03 |

Respectfully submitted,

_____
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ordinary U.S. mail service to the following on this 31st day of October, 2003:

*Counsel for Defendants Sun Capital Partners, Inc. and Smart Papers, LLC:*
Robert J. Hollingsworth, Esq.
CORS & BASSETT, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
Phone: (513) 852-8229

and

Stanley F. Lechner, Esq.
Margery Sinder Friedman, Esq.
Laine M. Schwartz
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Phone: (202) 739-5079

**Counsel for Defendant International Paper Company:**
W. Carter Younger, Esq.
Vincent Miraglia, Esq.
Tara N. Mora, Esq. (*pro hac vice*)
Jessica E. Morrison, Esq. (*pro hac vice*)
McGUIRE WOODS LLP
1050 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036-5317
Phone: (202) 857-1704

and

Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Phone: (513) 629-2799