VOI-1&2  VOI= 3-8 in box

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, et al., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF FILING EXHIBITS** |
| INTERNATIONAL PAPER, | : | **IN SUPPORT OF PLAINTIFFS'** |
| SUN CAPITAL PARTNERS, INC. | : | **MEMORANDUM IN OPPOSITION** |
| SMART PAPERS | : | **TO DEFENDANT SMART PAPERS** |
| | : | **MOTION FOR SUMMARY** |
| Defendants. | : | **JUDGMENT _UNDER SEAL_** |

The Plaintiffs hereby give notice of filing Exhibits in Support of Plaintiffs' Memorandum in Opposition to Defendant Smart Papers Motion for Summary Judgment under seal pursuant to the Protective Order filed with the court on  March 4, 2003.

Respectfully submitted,

Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975

FILED
KENNETH J. MURPHY
CLERK
03 OCT 31 PM 4:40

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ordinary U.S. mail service to the

following on this $\rightthreetimes$ day of October, 2003:

***Counsel for Defendants Sun Capital Partners, Inc. and Smart Papers, LLC:***
Robert J. Hollingsworth, Esq.
CORS & BASSETT, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
Phone: (513) 852-8229

and

Stanley F. Lechner, Esq.
Margery Sinder Friedman, Esq.
Laine M. Schwartz
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-5079

***Counsel for Defendant International Paper Company:***
W. Carter Younger, Esq.
Vincent Miraglia, Esq.
Tara N. Mora, Esq. (***pro hac vice***)
Jessica E. Morrison, Esq. (***pro hac vice***)
McGUIRE WOODS LLP
1050 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036-5317
Phone: (202) 857-1704

and

Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Phone: (513) 629-2799