**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ELMER CAMPBELL, et al., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL PAPER, | : | |
| SUN CAPITAL PARTNERS, INC. | : | **PLAINTIFFS' NOTICE OF** |
| SMART PAPERS | : | **MANUAL FILING OF APPENDIX** |
| | : | **AND EXHIBITS** |
| Defendants. | : | |

Please take notice that because of the voluminous nature of the exhibits and appendix to it's Memorandum in Opposition, Plaintiffs' Elmer Campbell, et al. are filing their exhibits and appendix manually pursuant to Section III and IV A & B of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio. The Memorandum in Opposition is being submitted electronically.

Respectfully submitted,

_/s/ Randolph H. Freking_
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ordinary U.S. mail service to the following on this 31st day of October, 2003:

**Counsel for Defendants Sun Capital Partners, Inc. and Smart Papers, LLC:**
Robert J. Hollingsworth, Esq.
CORS & BASSETT, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
Phone: (513) 852-8229

and

Stanley F. Lechner, Esq.
Margery Sinder Friedman, Esq.
Laine M. Schwartz
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-5079

**Counsel for Defendant International Paper Company:**
W. Carter Younger, Esq.
Vincent Miraglia, Esq.
Tara N. Mora, Esq. (*pro hac vice*)
Jessica E. Morrison, Esq. (*pro hac vice*)
McGUIRE WOODS LLP
1050 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036-5317
Phone: (202) 857-1704

and

Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Phone: (513) 629-2799

_____