## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, et al., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | **NOTICE OF FILING TABLE OF** |
| | : | **AUTHORITIES FOR PLAINTIFFS'** |
| INTERNATIONAL PAPER, | : | **CONSOLIDATED MEMORANDUM** |
| SUN CAPITAL PARTNERS, INC. | : | **IN OPPOSITION TO DEFENDANT** |
| SMART PAPERS | : | **SMART PAPERS' MOTION FOR** |
| | : | **SUMMARY JUDGMENT** |
| Defendants. | : | |

Plaintiffs give notice of the filing of the Table of Authorities for Plaintiffs'

Consolidated Memorandum in Opposition to Defendant Smart Papers' Motion for Summary

Judgment, which was filed Friday, October 31, 2003.  The Table of Authorities for this brief

was inadvertently omitted.


Respectfully submitted,



    /s/ Randolph H. Freking
Randolph H. Freking (0009158)
Sheila M. Smith (0065115)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street
Fifth Floor
Cincinnati, OH  45202
(513) 721-1975

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ Randolph H. Freking_

## TABLE OF AUTHORITIES

*Aka v. Wash. Hosp. Ctr.*, 156 F.3d 1284, 1294 (D.C. Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . 51, 52

*Alexander v. Fulton County, GA*, 207 F.3d 1303, 1340 (11th Cir. 2000) . . . . . . . . . . . . . . . . . . 46

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*Babrocky v. Jewell Food Co. and Retail Meat Cutters Union Local 320,* 773 F.2d 857  (7th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

*Barnes v. Gencorp Inc.*, 896 F.2d 1457, (6th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

*Barwick v. Celotex Corp.*, 736 F.2d 946, 960 (4th Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . 34, 35

*Black v. Columbus City Sch.*, 124 F. Supp.2d 550, 575 (S. D. Ohio 2000) . . . . . . . . . . . . . . . . 30

*Brooks v. Virginia Marine Resources Comm'n*, 16 FEP 604, 607, (E.D. Va. 1977) . . . . . . . . . . 37

*Byrnie v. Town of Cromwell, Bd. of Educ.,* 243 F.3d  93, 105 (2d Cir. 2001)  . . . . . . . . . . . 43-47

*Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*Chapman v. AI Transp.*, 229 F.3d 1012, 1048 (11th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . 43

*Chavez v. Tempe Union High School Dist.*, 565 F.2d 1087, 1091 (9th Cir. 1977) . . . . . . . . . . . 37

*Cline v. Catholic Diocese of Toledo*, 206 F.3d 651, 660 (6th Cir. 1999) . . . . . . . . . . . . . . . 27, 28

*Danzl v. North St. Paul-Maplewood-Oakdale Indep. School Dist. No. 622*, 25 FEP 291, 296 (D. Minn. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*DePiero v. City of Macedonia*, 180 F.3d 770, 776 (6th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . 21

*Dew v. A.B. Dick Co.*, 231 F.3d 1016, 1020-21 (6th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Downing v. United Parcel Serv., Inc.*, 215 F. Supp. 2d 1303 (M.D. Fla. 2002) . . . . . . . . . . 47, 48

*E.E.O.C. v. N.Y. Times*, 543 F. Supp. 911, 914 (M.D. Ala 1982) . . . . . . . . . . . . . . . . . . . . . . . 58

*E.E.O.C. v. Yenkin-Majestic Paint Corp.* 112 F.3d 831, 835 (6th Cir. 1997) . . . . . . . . . . . . . . . 43

*EEOC v. High Top Coal Co.*, 508 F. Supp. 553, 558 (E.D. Tenn. 1980) . . . . . . . . . . . . . . . . . . 37

*Fischback v. D.C. Dep't of Corrections*, 86 F.3d  1180, 1183 (D.C. Cir. 1996) . . . . . . . . . . . . . 45

*Frausto v. Legal Aid Soc'y of San Diego, Inc.*, 563 F.2d 1324, 1328 (9th Cir. 1977) . . . . . . . . . 37

*Godfredson v. Hess & Clark, Inc*, 173 F.3d 365, 372 (6th Cir. 1999) . . . . . . . . . . . . . . . . . . . 43

*Hazen Paper Co. v. Biggins*, 507 U.S. 604, 610 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

*Hennick v. Schwans Sales Enterprises, Inc.*, 168 F. Supp. 2d 938, 947 (N.D. Iowa 2001) . . . 34

*Kehrer v. City of Springfield*, 104 F. Supp. 2d 1001, 1007 (C.D. Ill. 2000) . . . . . . . . . . . . . . . 45

*King v. New Hampshire Dep't of Resources & Economic Dev.*, 562 F.2d 80, 83 (1st Cir. 1977)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 44

*Kinsey v. First Regional Sec., Inc.*, 557 F.2d 830, 837 (D.C. Cir. 1977) . . . . . . . . . . . . . . 37, 44

*Kline v. Tenn. Valley Auth.*, 128 F.3d 337, 348 (6th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Kocsis v. Multi-Care Management, Inc.*, 97 F.3d 876, 887 (6th Cir. 1996.) . . . . . . . . . . . . . . . 63

*Lathram v. Snow*, 336 F.3d 1085 (D.C. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

*Leiman v. Fashion Inst. of Tech.*, 441 F. Supp. 854, 858 (S.D.N.Y. 1977) . . . . . . . . . . . . . . . . 37

*Lewis-Calhoun v. City of Jackson*, 977 F. Supp. 1148, (S.D. Al. 1997) . . . . . . . . . . . . . . . . . . 45

*Lindsey v. Angelica Corp.*, 508 F. Supp. 363, 366 (E.D. Mo. 1981) . . . . . . . . . . . . . . . . . . . . . 37

*Logan v. Denny's Inc.*, 259 F.3d 558, 569 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

*Loiseau v. Dep't. of Human Resources of Or.*, 567 F. Supp. 1211, 1218-19 (D. Or. 1983) . . . 47

*Maddow v. Procter & Gamble Co., Inc.,* 107 F.3d 846, 849 (11th Cir. 1997) . . . . . . . . . . . 22-24

*Manzer v. Diamond Shamrock Chemicals Co.*, 29 F.3d 1078, 1084 (6th Cir. 1994) . . . . . . 40, 41

*Mazus v. Department of Transp.*, 629 F.2d 870, 874 (3d Cir. 1980) . . . . . . . . . . . . . . . . . . . . . . 37

*McCabe v. Champion Int'l Paper*, 1990 U.S. App. LEXIS 18542 *14 (6th Cir. 1990) . . . . . . . . 58

*McDonald v. Union Camp Corp.*, 898 F.2d 1155, 1160 (6th Cir. 1990) . . . . . . . . . . . . . . . . . . 42

*McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973) . . . . . . . . . . . . . . . 1, 25, 27, 32, 37, 62

*McLean v. Phillips-Ramsey, Inc.*, 624 F.2d 70, 71-72 (9th Cir. 1980) . . . . . . . . . . . . . . . . . . . . 37

*McNabula v. Chicago Transit Authority*, 10 F.3d 501, 513 (7th Cir. 1993) . . . . . . . . . . . . . . . . 40

*Meyer v. Missouri State Highway Comm'n*, 567 F.2d 804, 811 (8th Cir. 1977) . . . . . . . . . . . . . . . 37

*Millbrook v. IBP, Inc.*, 280 F.3d 1169 (7th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

*Miller v. Weber*, 577 F.2d 75, 77 (8th Cir. 1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*NLRB v. Baer*, 1996 U.S. App. LEXIS 42533, *38 (6th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . 34

*NLRB v. Interurban Gas Co.*, 354 F.2d 76, 78 (6th Cir. 1965) . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

*NLRB v. State Stove & Manufacturing Co.*, 403 F.2d 656, 657 (6th Cir. 1965) . . . . . . . . . . . . . . 34

*Nordquist v. Uddeholm Corp.*, 615 F.Supp. 1191, 1198 n.1 (D. Conn. 1985) . . . . . . . . . . . . . . 33

*O'Connor v. Consolidated Coin Caterers Corp.*, 517 U.S. 308, 312 (1996) . . . . . . . . . . . . . . . 25

*Price v. Fed. Express Corp.* 283 F.3d 715 (5th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

*Puhy v. Delta Air Lines, Inc.*, 833 F. Supp. 1577 (N.D. Ga. 1993) . . . . . . . . . . . . . . . . . . . . 47, 48

*Quercia v. Allmerica Fin.*, 84 F. Supp. 2d 222, 226 (D. Mass. 2000) . . . . . . . . . . . . . . . . . . . . . 33

*Rajender v. University of Minn.*, 24 FEP 1051, 1056 (D. Minn. 1979) . . . . . . . . . . . . . . . . . . . . . 37

*Reeves v. Sanderson Plumbing*, 530 U.S. 133, 151 (2000) . . . . . . . . . . . . . . . . . . . . . 4, 21, 26, 40

*Rogillio v. Diamond Shamrock Chem. Co.*, 446 F. Supp. 423, 430 (S.D. Tex. 1977) . . . . . . . . . 37

*Ross v. Campbell Soup Co.*, 237 F.3d 701, 706 (6th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*Rowe v. Cleveland Pneumatic Co.*, 690 F.2d 88, 97 (6th Cir. 1982) . . . . . . . . . . . . . . . . . . . . . . 40

*Simon v. NuTone, Inc.*, 1995 U.S. App. LEXIS 22543 (6th Cir. Aug. 1, 1995) . . . . . . . . . . . . . 57

*Sims v. Cleland*, 813 F.2d 790, 794, (6th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

*Smith v. Bolger*, 22 FEP 717, 719 (N.D. Ga. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*Smith v. Chrysler Corporation*, 155 F.3d 799 (1998 6th Cir.) . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

*Smith v. Liberty Mut. Ins. Co.*, 569 F.2d 325, 328 (5th Cir. 1978) . . . . . . . . . . . . . . . . . . . . . . . 37

*St. Mary's Honor Center v. Hicks*, 509 U.S. 502 (1993) . . . . . . . . . . . . . . . . . . . . . . . . 25, 40, 41

*State of Ala. v. United States*, 304 F.2d 583, 586 (5th Cir. 1962) . . . . . . . . . . . . . . . . . . . . . . . . 57

*Stern v. Trustees of Columbia Univ.*, 131 F.3d 305, 313 (2d Cir. 1997) . . . . . . . . . . . . . . . . . . . 43

*Subia v. Colorado & S. Ry.*, 565 F.2d 659, 662 (10th Cir. 1977) . . . . . . . . . . . . . . . . . . . . . . . . . . 37

*Tex. Dept. of Community Affairs v. Burdine*, 450 U.S. 248, 259 (1981) . . . . . . . . . . . . . . . . 43, 62

*The Plumbers and Steamfitters Joint Apprenticeship Comm. v. Ohio Civil Rights Comm.*, 66 Ohio St.2d 192, 196 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

*Thurman v. Yellow Freight Sys., Inc.*, 90 F.3d 1160 (6th Cir) . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

*Tyler v. Re/Max Mountain States, Inc.*, 232 F.3d 808, 814 (10th Cir. 2000) . . . . . . . . . . . . . . . 45

*Wanger v. G.A. Gray Co.*, 872 F.2d 142 (6th Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

*Weadon v. American Cyanamid Co.*, 14 FEP 533, 535 (N.D. Fla. 1976) . . . . . . . . . . . . . . . . . 37

*Weathers v. Peters Realty Corp.*, 499 F.2d 1197, 1202 (6th Cir. 1974) . . . . . . . . . . . . . . . . . . . 57

*Wexler v. White's Fine Furniture, Inc.*, 317 F.3d 564 (6th Cir. 2003) . . . . . . 22, 27, 28, 41, 43, 52

*Williams v. Hevi-Duty Elec.*, 819 F.2d 620, 629 (6th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . 36

Secondary Authority

KEVIN B. ZEESE, DRUG TESTING LEGAL MANUAL AND PRACTICE AIDS §2:39 (2nd ed. 2003)    60, 61

Statutory Authorities

29 U.S.C. §623 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

O.R.C. §4112.02 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

O.R.C. §4112.02(A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

29 C.F.R. § 1625.5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10