UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK
03 NOV -6 PM 3:21
US DIST COURT
WEST DIV DIST OHIO
CINCINNATI

| | | |
|---|---|---|
| ELMER CAMPBELL, et al., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NOTICE OF FILING EXHIBIT 59 |
| INTERNATIONAL PAPER, | : | IN SUPPORT OF PLAINTIFFS' |
| SUN CAPITAL PARTNERS, INC. | : | MEMORANDUM IN OPPOSITION |
| SMART PAPERS | : | TO DEFENDANT SMART PAPERS |
| | : | MOTION FOR SUMMARY |
| Defendants. | : | **JUDGMENT *UNDER SEAL*** |

The Plaintiffs hereby give notice of filing Exhibit Number 59 in Support of Plaintiffs' Memorandum in Opposition to Defendant Smart Papers Motion for Summary Judgment under seal pursuant to the Protective Order filed with the court on March 4, 2003. This exhibit was inadvertently omitted from the set filed manually with this Court on October 31, 2003.

Respectfully submitted,

*Randolph H. Freking — By KMM*
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via regular U.S. mail on the following individuals this 6th day of November, 2003:

***Counsel for Defendants Sun Capital Partners, Inc. and Smart Papers, LLC:***
Robert J. Hollingsworth, Esq.
CORS & BASSETT, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
Phone: (513) 852-8229

and

Stanley F. Lechner, Esq.
Margery Sinder Friedman, Esq.
Laine M. Schwartz
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-5079

***Counsel for Defendant International Paper Company:***
W. Carter Younger, Esq.
Vincent Miraglia, Esq.
Tara N. Mora, Esq. (*pro hac vice*)
Jessica E. Morrison, Esq. (*pro hac vice*)
McGUIRE WOODS LLP
1050 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036-5317
Phone: (202) 857-1704

and

Michael A. Roberts, Esq.
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
Phone: (513) 629-2799

*[signature]*