UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ELMER CAMPBELL, ET AL.,** | **CASE NO. C-1-01-527** |
|     **PLAINTIFFS** | **(BECKWITH, J.)** |
| | **(HOGAN, M.J.)** |
| **VS.** | |
| **INTERNATIONAL PAPER,** | |
| **SUN CAPITAL PARTNERS, INC.,** | |
| **SMART PAPERS,** | |
|     **DEFENDANT** | |

**ORDER**

      Before the Court is Defendant International Paper's Motion for Extension of Discovery and Filing of Dispositive Motions (Doc. 74). There is no Memorandum in opposition nor Reply brief. In light of the Court's Orders of July 14, 2003 (Doc. 88), July 29 (Doc. 90), August 22, 2003 (Doc. 92), and October 27, 2003 (Doc. 108), this Motion is moot and is hereby denied as such.

November 13, 2003                                                        s/Timothy S. Hogan
                                                                             Timothy S. Hogan
                                                                             United States Magistrate Judge