UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ELMER CAMPBELL, ET AL., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CASE NO. C-1-01-527 |
| : | |
| INTERNATIONAL PAPER, : | J. Beckwith; Mag. J. Hogan |
| SUN CAPITAL PARTNERS, INC., : | |
| SMART PAPERS, : | |
| : | |
| Defendants. : | |

## NOTICE OF MANUAL FILING

Please take notice that because of the voluminous nature of the exhibits and appendix to its Reply to its Motion for Summary Judgment, Defendant International Paper is filing its exhibits and appendix manually pursuant to Section IV A of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio. The Reply Memorandum is being submitted electronically.

Respectfully submitted this 21st day of November, 2003.

By /s Michael A. Roberts

| | |
|---|---|
| Michael Roberts, Esq. | W. Carter Younger, Esq. (admitted *pro hac vice*) |
| Graydon Head & Ritchey, LLP | Vincent J. Miraglia, Esq. (admitted *pro hac vice*) |
| 1900 5th 3rd Center | McGuireWoods LLP |
| 511 Walnut Street | 1050 Connecticut Avenue |
| Cincinnati, Ohio 45202 | Washington, DC 20036 |
| (513) 629-2799 | (202) 857-1704 |
| (513) 651-3836 | |
| mroberts@graydon.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2003, a copy of the foregoing was sent via hand delivery to:

>Randolph H. Freking, Esquire
>Freking & Betz
>214 East Ninth Street, 5th Floor
>Cincinnati, Ohio  45202
>
>Stan Lechner, Esquire
>Morgan, Lewis & Bockius LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC 20004

/s Michael A. Roberts_____