## WAGE RATES

| | RATE | INDEX of MACH. TENDER |
|---|---|---|
| **UTILITIES** | | |
| ELECTRIC BOARD  <br>STEAM BOARD  <br>UTILITIES INSTRUMENT & CONTROLS  <br>WATER ENGINEER | $ 21.00 | |
| UTILITY SHIFT COORDINATOR | $ 19.00 | 95% |
| UTILITY SUPPORT | $ 17.00 | 85% |
| **QUALITY** | | |
| PRODUCT ANALYST  <br>INSTRUMENT SERVICE TECHNICIAN | $ 14.00 | 70% |
| RMQA TESTER | $ 12.00 | 60% |
| **#1 MACHINE ROOM** | | |
| MACHINE TENDER | $ 20.00 | 100% |
| BACKTENDER  <br>WINDER OPER. | $ 19.00 | 95% |
| COATER OPER. | $ 17.00 | 85% |
| 4TH HAND  <br>TUBSIZE OPER.  <br>UTILITY | $ 14.00 | 70% |
| **#2 MACHINE ROOM** | | |
| MACHINE TENDER | $ 19.00 | 95% |
| BACKTENDER | $ 17.00 | 85% |
| WINDER OPER.  <br>SERVICE PERSON | $ 15.00 | 75% |
| ASST. WINDER OPER.  <br>TUBSIZE OPER. | $ 14.00 | 70% |


Δπ EXHIBIT 8  
Deponent Rumple  
Date_____ Rptr._____

SMART PAPERS  
EXHIBIT 3

#1 MILL STK. PREP.

| | | |
|---|---:|---:|
| STK. PREP. OPER. | $19.00 | 95% |
| SFP OPER. | $17.00 | 85% |
| CHEMICAL UTILITY OPER. | $15.00 | 75% |
| PULPER FURN. | $14.00 | 70% |

#2 MILL STK. PREP.

| | | |
|---|---:|---:|
| BEATER ENG. | $19.00 | 95% |
| ASST. BEATER ENG. | $17.00 | 85% |
| BROKE SPECIALIST<br>PULPER FURN./ MATL. HANDLER | $14.00 | 70% |

50 AREA

| | | |
|---|---:|---:|
| CALENDAR OPER.<br>WINDER OPER. | $19.00 | 95% |
| RE-REELER OPER. | $15.00 | 75% |
| ASST. CALENDAR OPER. | $14.00 | 70% |

UNLOADING

| | | |
|---|---:|---:|
| CREW LEADER | $14.00 | 70% |
| UNLOADER | $12.00 | 60% |

PRODUCT SERVICES (CMS & #4 MILL)

| | | |
|---|---:|---:|
| CREW LEADER<br>SHIPPING COORDINATOR | $15.00 | 75% |
| WAREHOUSE WORKER | $12.00 | 60% |

ROLL STORAGE

| | | |
|---|---|---|
| ROLL HANDLERS | $ 14.00 | 70% |
| CORE HANDLERS | $ 12.00 | 60% |

MAINTENANCE/ENG.

| | | |
|---|---|---|
| LEAD ELECTRICAL & INSTRUMENT TECH. (WITH STATE CERT.) | $ 21.00 | |
| LEAD MECHANICAL TECH. (WITH STATE CERT.) | $ 20.00 | 100% |
| ELECTRICAL & INSTRUMENT TECH. (W/O STATE CERT.) MECHANICAL TECH. (W/O STATE CERT.) | $ 17.00 | 85% |

STOREROOM

| | | |
|---|---|---|
| STOREKEEPER | $ 12.00 | 60% |

COATING PREP.

| | | |
|---|---|---|
| CLAY SLURRY OPER. MIXER OPER. SERVICE PERSON | $ 19.00 | 95% |
| BLENDER OPER. | $ 17.00 | 85% |

EMBOSSERS

| | | |
|---|---|---|
| EMBOSSER OPER. | $ 15.00 | 75% |
| EMBOSSER HELPER | $ 12.00 | 60% |

CAST COAT (DRUMS)

| | | |
|---|---|---|
| DRUM OPER. | $ 17.00 | 85% |

210013

## CAST COAT (DRUMS) CONT.

| | | |
|---|---:|---:|
| SERVICE PERSON | $ 15.00 | 75% |

## REWINDERS

| | | |
|---|---:|---:|
| CREW LEADER | $ 19.00 | 95% |
| REW. OPER. | $ 15.00 | 75% |
| ASST. REW. OPER. | $ 14.00 | 70% |

## SHEETERS

| | | |
|---|---:|---:|
| CREW LEADER | $ 19.00 | 95% |
| SHEETER OPER. KNIFE/UTILITY TECH. | $ 17.00 | 85% |
| ASST. SHEETER OPER. | $ 14.00 | 70% |

## PRODUCT PACKAGING

| | | |
|---|---:|---:|
| PACKING SPECIALIST SHEETS | $ 15.00 | 75% |
| PACKING SPECIALIST ROLLS | $ 14.00 | 70% |
| ASST. PACKING SPECIALIST ROLLS | $ 12.00 | 60% |

## BALER ROOM

| | | |
|---|---:|---:|
| BALER OPER. | $ 12.00 | 60% |

## BOX SHOP

| | | |
|---|---:|---:|
| CREW LEADER | $ 14.00 | 70% |
| BOX SHOP OPER. | $ 12.00 | 60% |

210011

**GENERAL**

DEPT. RELIEF                                $ 12.00                 60%

**LOSS PREVENTION**

SAFETY ADVISOR                        $ 17.00                 85%

## WAGE RATES FROM PRIOR LABOR AGREEMENT

*Index of Mach. Tender*

### UTILITIES

| | | |
|---|---|---|
| ELECTRIC BOARD | | |
| STEAM BOARD | | |
| WATER ENG. | $23.75 | |
| INC. | $22.81 | |
| FAMILY B (UTILITY SUPPORT) | $21.53 | 98.2% |

### QUALITY

| | | |
|---|---|---|
| PRINTER | | |
| CAST COAT INSP. | $18.93 | 83.6% |
| RMQA TESTER | $16.58 | 75.6% |

### #1 MACHINE ROOM

| | | |
|---|---|---|
| MACHINE TENDER | $21.92 | 100.% |
| BACKTENDER | $20.46 | 93.3% |
| WINDERMAN | $19.22 | 87.7% |
| COATER OPER. | $18.30 | 83.5% |
| TUBSIZE OPER. | $17.97 | 82.% |
| UTILITY | $17.83 | 81.3% |
| 4TH HAND | $17.63 | 80.5% |

### #2 MACHINE ROOM

| | | |
|---|---|---|
| MACHINE TENDER | $21.92 | 100% |
| BACKTENDER | $19.86 | 90.6% |
| WINDER OPER. | $19.22 | 87.7% |

210016

### #2 MACHINE ROOM (CONT.)

| | | |
|---|---|---|
| ASST. WINDER OPER. | $17.99 | 82.1% |
| TUBSIZE OPER. | $17.97 | 82.0% |
| SERVICE PERSON | $17.06 | 77.8% |

### #1 MILL STK. PREP.

| | | |
|---|---|---|
| STK. PREP OPER | $20.22 | 92.2% |
| SFP OPER. | $18.79 | 85.7% |
| PULP. FURN | $18.05 | 82.3% |
| CHEMICAL UTIL. | $16.38 | 74.7% |

### #2 MILL STK. PREP.

| | | |
|---|---|---|
| BEATER ENG. | $20.97 | 95.6% |
| ASST. BEATER ENG. | $19.80 | 90.3% |
| BROKE SPEC. | $18.36 | 83.7% |
| PULP. FURN/MATL. HANDLER | $18.32 | 83.5% |

### 50 AREA

| | | |
|---|---|---|
| CALENDAR OPER. | $19.78 | 90.2% |
| WINDER OPER. | $19.46 | 88.8% |
| RE-REELER OPER. | $19.07 | 87% |
| ASST. CALENDAR OPER. | $18.95 | 86.4% |

### UNLOADING

| | | |
|---|---|---|
| CREW LD. | $17.17 | 78.3% |

210017

| | | |
|---|---|---|
| UNLOADER | $15.78 | 72% |

### CMS

| | | |
|---|---|---|
| CREW LD. | $18.04 | 82.3% |
| WAREHOUSE WORKER | $17.80 | 81.2% |

### #4 MILL

| | | |
|---|---|---|
| LOAD LEADER | $18.41 | 84.% |
| CREW LD. | $18.41 | 84% |
| WAREHOUSE WORKER | $17.11 | 78.1% |

### ROLL STORAGE

| | | |
|---|---|---|
| ROLL HANDLER | $17.54 | 80% |
| CORE HANDLER | $16.43 | 74.9% |

### MAINTENANCE

| | | |
|---|---|---|
| E & I   SHIFT | $23.83 | |
|           DAY | $22.81 | |
| MECH. TECH. SHIFT | $21.62 | 98.6% |
|              DAY | $20.80 | 94.9% |

### CTG. PREP.

| | | |
|---|---|---|
| MIXER | $20.80 | 94.9% |
| BLENDER OPER. | $19.96 | 91.1% |
| CLAY SLURRY | $19.28 | 88% |
| SERVICEMAN | $18.97 | 86.5% |

210018

**EMBOSSERS**

| | | |
|---|---|---|
| EMBOSSER OPER. | $18.43 | 84.1% |

**CAST COAT (DRUMS)**

| | | |
|---|---|---|
| DRUM OPER. " A " | $20.40 | 93.1% |
| DRUM OPER " B " | $20.17 | 92% |
| SERVICE PERSON | $18.62 | 84.9% |

**REWINDERS**

| | | |
|---|---|---|
| CRANE/CREW LD. | $19.86 | 90.6% |
| REW. OPER. | $18.39 | 83.9% |
| HELPER | $17.23 | 78.6% |

**SHEETERS**

| | | |
|---|---|---|
| SHEETER OPER. T-2, T-3 | $19.67 | 89.7% |
| SHEETER OPER. T-1 | $19.42 | 88.6% |
| KNIFE/UTILITY | $19.67 | 89.7% |
| BASIC OPER. | $19.20 | 87.6% |

**PRODUCT PACKAGING**

| | | |
|---|---|---|
| PACKING SPEC. | $19.18 [$12 HR FROM] | 87.5% |

**BALER ROOM**

| | | |
|---|---|---|
| BALER OPER. | $16.18 | 73.8% |

## BOX SHOP

CREW LD.                    $17.40          79.4%

OPER.                       $16.67          76.1%

## DEPARTMENT RELIEF

D.R.                        $14.76          67.3%

210020