UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, ET AL. | ) | Case No. C-1-01-527 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL PAPER COMPANY, | ) | |
| SUN CAPITAL PARTNERS, INC. | ) | |
| SMART PAPERS | ) | |
| | ) | |
| Defendants | ) | |

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE* OF JONATHAN P. HARMON, ESQ.

This matter is before the Court on a motion by Michael A. Roberts, Esq., for admission *pro hac vice* of Jonathan P. Harmon, Esq., as co-counsel for the defendant, International Paper Company. The Court finds the motion to be well taken and hereby GRANTS Jonathan P. Harmon, Esq. leave to appear *pro hac vice* in this action as co-counsel for the defendant, International Paper Company.

IT IS SO ORDERED.

_____

Judge