UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DECLARATION OF JONATHAN P. HARMON, ESQ. IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE*

Jonathan P. Harmon, ESQ. declares as follows:

1. I make this declaration in support of my application for admission *pro hac vice* in this action pursuant to Local Rule 83.5(d).

2. My office address is: McGuireWoods LLP, 901 East Cary Street, Richmond, Virginia 23219-4030.

3. I was admitted to the Virginia State Bar in October 1995. I am also admitted to practice in the following courts:

| Courts | Date Admitted |
| --- | --- |
| U.S. District Court, E.D. Virginia | January 30, 1995 |
| Supreme Court of Virginia | October 30, 1995 |
| U.S. Court of Appeals, Fourth Circuit | February 10, 1998 |
| U.S. District Court, W.D. Virginia | June 18, 1998 |
| U.S. District Court, E.D. Texas | October 15, 1998 |
| U.S. District Court, N.D. Texas | December 16, 1998 |

4. I am in good standing and eligible to practice in all of said courts. A current certificate of good standing by the U.S. District Court for the Eastern District of Virginia is attached.

5. I am not currently suspended or disbarred in any court.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed this 3RD day of December, 2003.

*/s/ Jonathan Harmon*

\\LAB\407543.1

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                )
                                ) ss.
                                )
EASTERN DISTRICT OF VIRGINIA    )


    I, ELIZABETH H. PARET, Clerk of the United States District Court for the Eastern District of Virginia, Richmond Division,

    DO HEREBY CERTIFY that __Jonathan Paul Harmon__, ID #39081, was duly admitted to practice in said Court on __January 30, 1996__ and is in good standing as a member of the bar of said Court.

ELIZABETH H. PARET, CLERK

By: _Laurie Breeden_
      Deputy Clerk

Dated at Richmond, Virginia
on __December 3, 2003__.