# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **ELMER CAMPBELL, ET AL.** | ) | **Case No. C-1-01-527** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **INTERNATIONAL PAPER COMPANY,** | ) | |
| **SUN CAPITAL PARTNERS, INC.** | ) | |
| **SMART PAPERS** | ) | |
| | ) | |
| **Defendants** | ) | |

## MOTION FOR ORDER ALLOWING JONATHAN P. HARMON
## TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS

Michael A. Roberts, attorney for defendant International Paper Company, hereby moves

this Court for an order granting Jonathan P. Harmon, Esq. leave to appear in this matter *pro hac*

*vice* and states as follows:

1.    Jonathan P. Harmon, Esq. was admitted to the Virginia State Bar in October

1995.  He is also admitted to practice in the following courts:

| Courts | Date Admitted |
|---|---|
| U.S. District Court, E.D. Virginia | January 30, 1995 |
| Supreme Court of Virginia | October 30, 1995 |
| U.S. Court of Appeals, Fourth Circuit | February 10, 1998 |
| U.S. District Court, W.D. Virginia | June 18, 1998 |
| U.S. District Court, E.D. Texas | October 15, 1998 |
| U.S. District Court, N.D. Texas | December 16, 1998 |

He is in good standing and eligible to practice in all of said courts.  A current certificate of good standing by the U.S. District Court for the Eastern District of Virginia is attached.

2.      Jonathan P. Harmon, Esq. is a Partner in the law firm of McGuireWoods LLP.

3.      In order to adequately represent the Defendant, Defendant will, from time to time, rely on Jonathan P. Harmon, Esq. to make certain court appearances before this Court.

4.      A Declaration of Jonathan P. Harmon, Esq. is attached hereto and submitted in support of this motion.

Therefore, the defendant requests that Jonathan P. Harmon, Esq. be entitled to appear in this action *pro hac vice*.

Respectfully submitted,

OF COUNSEL:                              /s Michael A. Roberts_____
                                         Michael A. Roberts  (0047129)
GRAYDON, HEAD & RITCHEY LLP              Graydon Head & Ritchey LLP
1900 Fifth Third Center                  1900 Fifth Third Center
P.O. Box 6464                            P.O. Box 6464
Cincinnati, Ohio  45201                  Cincinnati, Ohio  45201
(513) 621-6464                           (513) 621-6464
                                         (513) 651-3836
                                         email:mroberts@graydon.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2004, a true and correct copy of the foregoing was sent via facsimile and U.S. mail, postage prepaid, to: Randolph H. Freking, Esquire, Freking & Betz, 214 East Ninth Street, 5th Floor, Cincinnati, Ohio  45202.

/s Michael A. Roberts_____