Thu Jan 8 15:49:37 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.  100 421478
Cashier      kjt

Tender Type  CHECK

Check Number: 6125

Transaction Type   C

Case No./Def No. 1:04-L3-ATTY / 1

DO Code    Div No    Acct
4661         1       6855XX

Amount              $   50.00

BRAYDON HEAD &RITCHEY

PRO HAC VICE C-1-01-527

Thu Jan 8 15:49:37 2004

Check No. 6125
Amount$   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661