UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Elmer Campbell, et al.,
   Plaintiffs

v.    Case No. 1:01-cv-527

International Paper Company,
et al.,
   Defendants


**ORDER**


This matter is before the Court on Defendant International Paper Company's Motions for Admission of attorney Jonathan P. Harmon (Docs. 127 & 128).

**IT IS HEREBY ORDERED THAT** the Motion (Doc. 128) is **GRANTED** and attorney Jonathan P. Harmon is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant International Paper Company. Doc. 127 is DENIED as MOOT.


January 8, 2004            s/Sandra S. Beckwith
Date                            Sandra S. Beckwith
                                      United States District Judge