```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

Elmer Campbell,            )
et al.,                    )
                           )
         Plaintiffs,       ) Case No. C-1-01-527
                           )
    vs.                    )
                           )
International Paper        )
Company, et al.,           )
                           )
         Defendants.       )

O R D E R

The matter came before the Court on January 16, 2004 at its request to discuss with the parties the desirability of attempting to reach a mediated resolution to the instant controversy. Trial in this case is currently scheduled for February 23, 2004 with a final pretrial conference scheduled for February 13, 2004. The parties indicated to the Court that they were willing to attempt to mediate a resolution of this dispute. Accordingly, the final pretrial conference and trial dates currently in place are hereby **VACATED**.

By agreement of the parties, the Court established the following revised trial calendar:

| | |
|---|---|
| Mediator selection deadline | January 23, 2004 |
| Parties to notify Court of mediator selection | January 26, 2004 |
| Mediation deadline | February 27, 2004 |
| Parties to notify Court of mediation results | March 1, 2004 |

```
        Final pretrial conference          June 11, 2004, at
        (if needed)                        1:30 p.m.

        Trial (if needed)                  June 21, 2004, at
                                           9:00 a.m.
```

**IT IS SO ORDERED**

Date January 20, 2004                    s/Sandra S. Beckwith
                                         Sandra S. Beckwith
                                   United States District Judge