## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ELMER CAMPBELL, et al., | : | Case No. C-1-01-527 |
| | : | J. Beckwith; Mag J. Hogan |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL PAPER, | : | **MOTION FOR VOLUNTARY** |
| SUN CAPITAL PARTNERS, INC. | : | **DISMISSAL OF ALL CLAIMS** |
| SMART PAPERS | : | **AGAINST DEFENDANT** |
| | : | **INTERNATIONAL PAPER** |
| Defendants. | : | **WITH PREJUDICE** |

This matter having been settled with respect to all claims of Plaintiffs against International Paper, Plaintiff's hereby move in accordance with Federal Rules of Civil Procedure 41(a)(2) for dismissal of any and all claims against Defendant International Paper in this civil action with prejudice.

Respectfully submitted,

/s/ Randolph H. Freking
Randolph H. Freking (0009158)
Mark W. Napier (0019700)
George M. Reul, Jr. (0069992)
FREKING & BETZ
Trial Attorneys for Plaintiffs
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.


                                          /s/ Randolph H. Freking