**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Elmer Campbell, et al.,**
    **Plaintiffs**

-vs-                                 Case No.  1:01-cv-527

**International Paper Company,**
**et al.,**
    **Defendants**

# JUDGMENT

        **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X        **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Smart Papers' motion for summary judgment is GRANTED. Each of plaintiffs' age discrimination claims versus Smart Papers is DISMISSED WITHOUT PREJUDICE. Sun Capital's motion for summary judgment is GRANTED. Each of plaintiffs' age discrimination claims versus Sun Capital is DISMISSED WITHOUT PREJUDICE.

Date:  May 12, 2004                                 James Bonini, Clerk

                                                By:  s/Mary C. Brown
                                                     Mary C. Brown, Deputy Clerk