**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Elmer Campbell, et al.,**
    **Plaintiffs**

-vs-                      Case No.   1:01-cv-527

**International Paper Company,**
**et al.,**
    **Defendants**

## AMENDED JUDGMENT

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED** that Smart Papers' motion for summary judgment is **GRANTED**. Each of plaintiffs' age discrimination claims versus Smart Papers is **DISMISSED WITH PREJUDICE**. Sun Capitals' motion for summary judgment is **GRANTED**. Each of plaintiffs' age discrimination claims versus Sun Capital is **DISMISSED WITH PREJUDICE**.

Date:  May 19, 2004                                        James Bonini, Clerk

                                                                 By:  s/Mary C. Brown
                                                                           Mary C. Brown, Deputy Clerk