UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| **THOMAS ABNER** | : | CASE NO. C-1-01-527 |
| 826 Main St. | : | |
| Hamilton, OH  45013 | : | Judge Beckwith |
| | : | |
| **DONNIE ADAMS** | : | |
| 29081 U.S. 19th North #141 | : | PLAINTIFFS' NOTICE OF APPEAL |
| Clearwater, FL 34621 | : | |
| | : | |
| **CHARLES BAYLOR** | : | |
| 3768 Sommerville Rd. | : | |
| Sommerville, OH  45064 | : | |
| | : | |
| **WAYNE BENNETT** | : | |
| 7618 Vinnedge Rd. | : | |
| Hamilton, OH  45011 | : | |
| | : | |
| **LARRY BRANDENBURG** | : | |
| 939 Pom Court | : | |
| Trenton, OH  45067 | : | |
| | : | |
| **CARL BREWER, JR.** | : | |
| 184 Glencross Ave. | : | |
| Hamilton, OH  45013 | : | |
| | : | |
| **JAMES BROOKS** | : | |
| 2539 Noble Ave. | : | |
| Hamilton, OH  45015 | : | |
| | : | |
| **LARRY BROUGHTON** | : | |
| 5537 Hamilton-Richmond Rd. | : | |
| Hamilton, OH  45013 | : | |
| | : | |
| **PHILLIP BULLIO** | : | |
| 1106 Haldimand Ave. | : | |
| Hamilton, OH  45013 | : | |
| | : | |
| **CHARLES CAMPBELL** | : | |
| 5658 Indian Hill Court | : | |
| Indian Springs, OH  45011 | : | |
| | : | |
| **ROBERT CHASTEEN** | : | |

| | |
|---|---|
| 4000 Cotton Run Road<br>Hamilton, OH 45011 | :<br>:<br>: |
| **JERRY COMBS**<br>1310 High St.<br>Hamilton, OH 45011 | :<br>:<br>:<br>: |
| **JOSHUA COMBS**<br>7609 Tanglewood Lane<br>West Chester, OH 45069 | :<br>:<br>:<br>: |
| **JOHN CRESS**<br>3165 Stahlheber Rd.<br>Hamilton, OH 45013 | :<br>:<br>:<br>: |
| **TERRY DUNCAN**<br>1490 Dixie Highway<br>Hamilton, OH 45011 | :<br>:<br>:<br>: |
| **PATRICK DURBIN**<br>2284 Gardner Rd.<br>Hamilton, OH 45013 | :<br>:<br>:<br>: |
| **MENDOL EATON**<br>4359 Moselle Dr.<br>Hamilton, OH 45011 | :<br>:<br>:<br>: |
| **TERRELL FOWLER**<br>263 Brookwood Ave.<br>Hamilton, OH 45013 | :<br>:<br>:<br>: |
| **CHARLES FREEMAN**<br>415 Kerry St.<br>Trenton, OH 45067 | :<br>:<br>:<br>: |
| **HENRY GARDNER**<br>853 Laurel Ave.<br>Hamilton, OH 45015 | :<br>:<br>:<br>: |
| **EDWARD HENSLEY**<br>2005 Howard Avenue<br>Middletown, OH 45044 | :<br>:<br>:<br>: |
| **ROGER HORN**<br>785 Oxford Germantown Road | :<br>: |

Camden, OH 45311                                :
                                                :
**RICKEY HUNTINGTON**                           :
2439 Benninghoffen Avenue                       :
Hamilton, OH 45015                              :
                                                :
**EMANUEL HYDEN, JR.**                          :
5208 Headgates Rd,                              :
Hamilton, OH 45013                              :
                                                :
**JEROME ISREAL**                               :
433 Pershing Ave.                               :
Hamilton, OH 45011                              :
                                                :
**PAUL ITALIANO**                               :
1248 Vanderveer Ave.                            :
Hamilton, OH 45011                              :
                                                :
**JAMES KETCHAM**                               :
4227 Darr Rd.                                   :
Oxford, OH 45056                                :
                                                :
**STANLEY KNODEL**                              :
43 Tecumseh Dr.                                 :
Hamilton, OH 45013                              :
                                                :
**STEVE MANN**                                  :
9 Marlou Dr. Apt. 2                             :
Hamilton, OH 45013                              :
                                                :
**LARRY MCCREARY**                              :
6403 Lakewood Dr.                               :
Hamilton, Oh 45011                              :
                                                :
**ROSS MCKAY**                                  :
720 Beissinger Road                             :
Hamilton, OH 45013                              :
                                                :
**FREDERICK OGG**                               :
6215 Cin-Brookville Hwy.                        :
Okeana, OH 45053                                :
                                                :
**DOUGLAS PAXTON**                              :
1011 Tiffin Avenue                              :
Hamilton, OH 45015                              :

|  |  |
|---|---|
| **DAVID ROBERTSON**<br>4239 Withrow Rd.<br>Hamilton, OH  45011 | :<br>:<br>:<br>: |
| **BARNEY SANDLIN**<br>3648 Chapel Rd.<br>Hamilton, OH  45013 | :<br>:<br>:<br>: |
| **EVERETT TAULBEE**<br>P.O. Box 161<br>Camden, OH 45311 | :<br>:<br>:<br>: |
| **ROBERT THOMAS**<br>156 Webster Ave.<br>Hamilton, OH  45013 | :<br>:<br>:<br>: |
| **RONALD TURNER**<br>1690 Morman Rd.<br>Hamilton, OH  45013 | :<br>:<br>:<br>: |
| **PETE VOLZ**<br>365 Wyoming Ave.<br>Fairfield, OH  45014 | :<br>:<br>:<br>: |
| **JAMES WILLIS**<br>2614 Windage Dr.<br>Fairfield, OH  45014 | :<br>:<br>:<br>: |
| **JOHN YORK**<br>1132 Blackwell Dr.<br>Fairfield, OH  45014 | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :<br>: |
| **SMART PAPERS**<br>601 North B Street<br>Hamilton, OH  45013 | :<br>:<br>:<br>: |
| **SUN CAPITAL PARTNERS, INC.**<br>5355 Town Center Rd., Suite 802<br>Boca Raton, FL  33486 | :<br>:<br>: |

4

                :
     Defendants.     :

Plaintiffs Abner, Adams, Baylor, Wayne Bennett, Brandenburg, Brewer, Brooks, Broughton, Bullio, Charles Campbell, Chasteen, Jerry Combs, Joshua Combs, Cress, Duncan, Durbin, Eaton, Fowler, Freeman, Gardner, Hensley, Horn, Huntington, Hyden, Isreal, Italiano, Ketcham, Knodel, Mann, McCreary, McKay, Ogg, Paxton, Robertson, Sandlin, Taulbee, Thomas, Turner, Volz, Willis and York, appeal to the United States Court of Appeals for the Sixth Circuit from the Rule 56 Judgment entered on May 12, 2004, and amended on May 19, 2004, dismissing their age discrimination claims under federal and state law against Defendants Smart Papers and Sun Capital Partners, Inc.

              Respectfully submitted,

              /s/ Sheila M. Smith
              Randolph H. Freking (0009158)
              Sheila M. Smith (0065115)
              Kelly Malloy Myers (0065698)
              FREKING & BETZ
              Counsel for Plaintiffs
              215 East Ninth Street
              Fifth Floor
              Cincinnati, OH 45202
              (513) 721-1975
              ssmith@frekingandbetz.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/ Sheila M. Smith