# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit**<br>Court of Appeals Case No: 04-3797<br>04 JUN 21 AM 10: 11 |
| **District Court Case No:** 1:01-cv-527 | |
| **SHORT CAPTION**<br><br>Charles Campbell, et al | **Case Manager:**<br>**JILL COLYER** |
| **Plaintiff/Petitioner**<br><br>vs.<br><br>International Paper, et al | **Date Filed:**<br><br>**FILED**<br>JUN 1 8 2004<br>LEONARD GREEN, Clerk |
| **Defendant/Respondent**<br><br>*provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Beckwith | **Anything That Needs Special Attention**<br><br>Notice of Appeal (Doc.136) appealing Judgment(Doc.134) and Amended Judgment(Doc.135) entered on 5/12/04 and 5/19/04. |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** Kendra Jordan | |
| **Date:** 6-10-04 | |
| $255.00 Appeal Filing Fee Paid?   **NO** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____ James Bonini _____
United States District Court