Case No: 04-3797

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

AUG 0 5 2004

LEONARD GREEN, Clerk

ORDER

ELMER CAMPBELL, et al.;

    Plaintiff

CHARLES CAMPBELL, et al.

    Plaintiff - Appellant

01 cv 527

v.

INTERNATIONAL PAPER COMPANY;

    Defendant

SUN CAPITAL PARTNERS, INC.; SMART PAPERS

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green /gc*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
    Deputy Clerk