Case No: 04-3797

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
AUG 11 2004
LEONARD GREEN, Clerk

ORDER

ELMER CAMPBELL, et al.;

    Plaintiff

CHARLES CAMPBELL, et al.

    Plaintiff - Appellant

v.

INTERNATIONAL PAPER COMPANY;

    Defendant

SUN CAPITAL PARTNERS, INC.; SMART PAPERS

    Defendants - Appellees

01 cv 527

    It appearing to the court that the above cause was inadvertently voluntarily dismissed on August 5, 2004,

    It is **ORDERED** that the above cause be, and it hereby is, reinstated.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green /s*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
    Deputy Clerk