UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3797

FILED
JAMES BONINI
CLERK

05 AUG -8 PM 12:43

WEST DIV CINCINNATI

Filed: August 5, 2005

ELMER CAMPBELL, et al.;

    Plaintiff

CHARLES CAMPBELL, et al.

    Plaintiff - Appellant

v.

INTERNATIONAL PAPER COMPANY;

    Defendant

SUN CAPITAL PARTNERS, INC.; SMART PAPERS

    Defendants - Appellees

1:01cv527
Beckwith

## MANDATE

Pursuant to the court's disposition that was filed 7/14/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk